IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Drew, Tina S

Printed: 12/10/08

Case Number:  08 B 01277
Judge:  Wedoff, Eugene R
Filed:  1/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 30, 2008
Confirmed: May 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 280.00 |  |
| Secured: |  | 261.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 18.20 |
| Other Funds: |  | 0.00 |
| Totals: | 280.00 | 280.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,374.00 | 0.00 |
| 2. | Pronto Prestamo | Secured | 7,045.19 | 261.80 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 106.68 | 0.00 |
| 4. | B-Real LLC | Unsecured | 124.37 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 91.42 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 2,029.14 | 0.00 |
| 7. | Fingerhut | Unsecured | 50.88 | 0.00 |
| 8. | Great American Finance Company | Unsecured | 320.31 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 157.58 | 0.00 |
| 10. | Daniel N Uditsky | Unsecured | 132.22 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 112.10 | 0.00 |
| 12. | Nicor Gas | Unsecured | 12.91 | 0.00 |
| 13. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 15. | Bally Health & Tennis Club | Unsecured |  | No Claim Filed |
| 16. | Active Credit Service | Unsecured |  | No Claim Filed |
| 17. | First National Credit Card | Unsecured |  | No Claim Filed |
| 18. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 19. | H&F Law | Unsecured |  | No Claim Filed |
| 20. | H&F Law | Unsecured |  | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 23. | Professional Account Management | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | J V D B & Associates | Unsecured |  | No Claim Filed |
| 26. | Fifth Third Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Drew, Tina S

Printed: 12/10/08

Case Number: 08 B 01277
Judge: Wedoff, Eugene R
Filed: 1/22/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 13,556.80 | $ 261.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 18.20 |
| | $ 18.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

